UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE NICHOLS,<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC.; FREEDOM MORTGAGE COPORATION; and HOME POINT FINANCIAL COPORATION,<br><br>  Defendants. | No. 2:23-cv-02101-TLN-DB |
| GEORGE NICHOLS,<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC.; FREEDOM MORTGAGE COPORATION; and HOME POINT FINANCIAL COPORATION,<br><br>  Defendants. | No. 2:23-cv-02523-DAD-AC<br><br>**RELATED CASE ORDER** |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a

1

1  substantial savings of judicial effort and is likely to be convenient for the parties.

2      Relating the cases under Local Rule 123, however, merely has the result that both actions
3  are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of
4  this Court, related cases are generally assigned to the judge and magistrate judge to whom the
5  first filed action was assigned.  Should either party wish to consolidate the actions, the
6  appropriate motion or stipulation must be filed.

7      IT IS THEREFORE ORDERED that the action denominated 2:23-cv-02523-DAD-AC is
8  reassigned to District Judge Troy L. Nunley and Magistrate Judge Deborah Barnes, and the
9  caption shall read 2:23-cv-02523-TLN-DB.  Any dates currently set in 2:23-cv-02523-DAD-AC
10 are hereby VACATED.  The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

11     IT IS SO ORDERED.

12 Dated:  January 30, 2024

                                                                  Troy L. Nunley
                                                                   United States District Judge